KARL B. LEABO ET AL. *v.* STEPHEN LENINSKI ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 299, is denied.

*William F. Gallagher,* in support of the petition.

Decided February 3, 1987

CITY OF NEW HAVEN *v.* AFSCME, COUNCIL 15, LOCAL 530

The plaintiff's petition for certification for appeal from the Appellate Court, 9 Conn. App. 396, is denied.

*Glenn E. Coe,* in support of the petition.

*Frank Raccio,* in opposition.

Decided February 10, 1987

JOSE A. MORALES *v.* TRINITY AMBULANCE SERVICE

The plaintiff's petition for certification for appeal from the Appellate Court, 9 Conn. App. 386, is dismissed.

*Ronald E. Cassidento,* in support of the petition.

*Karen Jansen Casey,* in opposition.

Decided February 10, 1987

STATE OF CONNECTICUT *v.* PATRICK T. ROGERS

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 208, is denied.

*John R. Williams,* in support of the petition.

*Judith Rossi,* deputy assistant state's attorney, in opposition.

Decided February 10, 1987